# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rose, Thomas M. | U.S. District Ct., S.D. Ohio | 05/6/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (senior status) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

200 West Second Street
9th Floor, Federal Building
Dayton, OH 45402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Rose and Buerger Farms LLP |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1976 | Public Employees Retirement System, no control, retirement |
| 2. | 2005 | Northwestern Mutual Individual retirement account - self directed (rolled from Ohio Deferred Comp Fund) |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Ohio Public Employee Retirement System (Retirement) | $91,555.44 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Ohio Public Employee Retirement System (Retirement) Co., OH/State of Ohio- Greene County Clerk of Courts/Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 05/6/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Franklin Co Hosp Rev Bond 11/1/23 (3531867K9) | A | Dividend | J | T | | | | | |
| 2. Chillicothe Ohio School Bonds (169196JZ6) | A | Dividend | J | T | | | | | |
| 3. Akron OH G.O. Bond 12/1/30 (010033P51) | A | Dividend | J | T | | | | | |
| 4. American Muni Power (02765UKH6) Rev Bond | A | Dividend | K | T | | | | | |
| 5. Ross County, OH Hosp Fac Rev. Bonds (Adena)(778260EY1) (12-1/28) | A | Interest | | | Redeemed | 12/03/18 | K | A | |
| 6. Cincinnati, OH Economic Dev Bonds (172254HX5) | A | Dividend | J | T | | | | | |
| 7. Cincinnati, OH Urban Redev Bonds (172309BA3) | A | Dividend | K | T | | | | | |
| 8. Coventry Ohio Local School District Bonds (222867DD2) | A | Dividend | J | T | | | | | |
| 9. Alerian MLP ETF | A | Interest | J | T | | | | | |
| 10. Deerfield Twp Ohio Tax Bonds (244570DC8) | A | Dividend | J | T | | | | | |
| 11. Johnson-Monroe Local School Dist (479545CQ6) | A | Dividend | J | T | | | | | |
| 12. Ohio University General Receipts Bonds (671104A40) | A | Dividend | J | T | | | | | |
| 13. Warrenville Heights Bonds (936113AU3) | A | Dividend | K | T | | | | | |
| 14. Key Bank | A | Dividend | J | T | Buy | 11/07/18 | J | | |
| 15. Columbus, OH G.O. Bonds (199492WY1) | A | Dividend | K | T | Buy | 10/04/18 | K | | |
| 16. Ohio St. High Ed Fac. Comm Bond (67756AR46) | A | Dividend | K | T | | | | | |
| 17. Carnival Cruise Lines | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 05/6/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Red Hat | A | Dividend | K | T | Sold (part) | 04/03/18 | J | C | |
| 19. Boeing Co. Common Stock | A | Dividend | K | T | Sold (part) | 01/29/18 | K | E | |
| 20. Thornburg Value Fund Class A Re/Re/Re 50586 | A | Dividend | K | T | Buy | 12/24/18 | J | | |
| 21. Thornburg Invest. Income Class A 50590 | B | Dividend | K | T | Buy | 12/27/18 | J | | |
| 22. Johnson and Johnson | A | Dividend | J | T | Buy | 02/09/18 | J | | |
| 23. Caterpillar | A | Dividend | K | T | Sold (part) | 04/03/18 | J | D | |
| 24. Facebook Common Stock | A | Dividend | K | T | Sold (part) | 01/29/18 | K | D | |
| 25. | | | | | Sold (part) | 2/13/18 | K | D | |
| 26. Cisco | A | Dividend | K | T | Buy | 11/02/18 | J | | |
| 27. Weyerhaeuser stock | A | Dividend | | | Sold | 12/24/18 | J | A | |
| 28. Timkin | A | Dividend | J | T | | | | | |
| 29. Akamai | A | Dividend | K | T | | | | | |
| 30. Wells Fargo | A | Dividend | | | Sold | 06/28/18 | J | A | |
| 31. Dow Dupont, Inc. FKA Dow Chemical | A | Dividend | J | T | | | | | |
| 32. Teva Pharmacutical | A | Dividend | | | Buy | 02/15/18 | J | | |
| 33. | A | Dividend | | | Buy | 06/28/18 | J | | |
| 34. | | | | | Sold | 12/24/18 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 05/6/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Campbell Soup | A | Dividend | J | T | Buy | 10/31/18 | J | | |
| 36. Nordstrom, Inc. | A | Dividend | J | T | Buy | 02/28/18 | J | | |
| 37. | A | Dividend | J | T | Buy | 04/20/18 | J | | |
| 38. TJX | A | Dividend | J | T | | | | | |
| 39. Alcoa | A | Dividend | J | T | | | | | |
| 40. Bank New York Mellon | A | Dividend | J | T | Buy | 02/16/18 | J | | |
| 41. Fidelity Advisor Mid Capp II Fund FLLMX | A | Dividend | J | T | Buy | 01/03/18 | J | | |
| 42. Fidelity Advisor New Insights Fund Class FINSX | A | Dividend | K | T | Buy | 01/03/18 | J | | |
| 43. New World Fund Class F-2 NFFFX | A | Dividend | K | T | Buy | 01/03/18 | J | | |
| 44. Deutsche (DWS) Ehance Commodity Strategy Fund Inst. SKIRX | A | Dividend | K | T | Buy | 01/03/18 | J | | |
| 45. The Oakmark International Fund OAKIX | A | Dividend | K | T | Buy | 01/03/18 | J | | |
| 46. MFS Value Fund Class MEIIX | A | Dividend | K | T | Buy | 01/03/18 | J | | |
| 47. Dreyfus Ins. Deposit DIDI | A | Dividend | J | T | | | | | |
| 48. T Rowe Price Real Estate TRREX | A | Dividend | J | T | Buy | 01/03/18 | J | | |
| 49. Northern Small Cap Value Fund NOSGX | A | Dividend | J | T | Buy | 01/03/18 | J | | |
| 50. Pimco Income Fund Class PONPX | B | Dividend | K | T | Buy | 01/03/18 | J | | |
| 51. Europacific Growth Fund (Am Imos) AEPFX | A | Dividend | K | T | Buy | 01/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 05/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Am. Century Diversified Bonds ADFIX | A | Dividend | | | Buy | 01/03/18 | J | | |
| 53. | | | | | Sold | 07/16/18 | K | | |
| 54. Goldman Sachs Int Sm Cap Investor Gicix | A | Dividend | J | T | Buy | 07/16/18 | J | | |
| 55. TIAA - CREF Bond Advisor TIBHX | A | Dividend | K | T | Buy | 07/16/18 | K | | |
| 56. Dodge & Cox Income Fund DODIX | A | Dividend | K | T | Buy | 01/03/18 | J | | |
| 57. Hartford World Bond Fund HWDIX | A | Dividend | K | T | Buy | 01/03/18 | J | | |
| 58. John Hancock Discp Fund JVMIX | A | Dividend | J | T | Buy | 01/03/18 | J | | |
| 59. The Oakmark Inter Small Cap Fund OAKEX | A | Dividend | | | Buy | 01/03/18 | J | | |
| 60. | | | | | Sold | 07/16/18 | J | A | |
| 61. Finish Line FINL | A | Dividend | | | Sold | 06/18/18 | J | A | |
| 62. Mahoning Co. Swr System (560072CE8) | A | Dividend | K | T | | | | | |
| 63. County of Hamilton GO Bond (40727TCT9) | A | Dividend | K | T | | | | | |
| 64. Franklin, Ohio Cty School Bond (354172HUS) | A | Dividend | K | T | | | | | |
| 65. Ohio State Hosp Fac Rev Bond (67756IKP6) | A | Dividend | K | T | | | | | |
| 66. Chillicothe Hosp Fac Bond (169203AJ5) | A | Dividend | J | T | | | | | |
| 67. Lancaster, Ohio City School Bonds (514264DP2) | A | Dividend | J | T | | | | | |
| 68. Burkshire Hathaway BRKB | A | Dividend | L | T | Buy | 02/09/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 05/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | A | Dividend | L | T | Buy | 02/13/18 | K | | |
| 70. India Fund Inc. (IFN) | A | Dividend | | | Buy | 01/24/18 | J | | |
| 71. | A | Dividend | | | Sold | 12/24/18 | K | A | |
| 72. International Paper Inc (IP) | A | Dividend | | | Sold | 12/24/18 | J | A | |
| 73. Little Miami Ohio Loc Sch Bonds (537292MN1) | A | Dividend | K | T | Buy | 12/31/18 | K | | |
| 74. International Business (IBM) | A | Dividend | | | Buy | 01/24/18 | K | | |
| 75. | A | Dividend | | | Buy | 02/09/18 | K | | |
| 76. | A | Dividend | | | Sold | 10/31/18 | K | D | |
| 77. Carlyle Group LP (CG) | A | Dividend | J | T | | | | | |
| 78. Ohio St Higher Education Fac Com 67756DHG4 | A | Dividend | J | T | | | | | |
| 79. Sweney Cartwright Stock Cash Account | C | Interest | M | T | | | | | |
| 80. Rose and Buerger Farms LLP | A | Distribution | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 05/6/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Thomas M. Rose**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544